1  BRETT M. SCHUMAN (SBN 189247)
   BSchuman@goodwinlaw.com
2  JESSICA H. HUANG (SBN 315208)
   JHuang@goodwinlaw.com
3  ALLYSON M. McCAIN (SBN 339067)
   AMcCain@goodwinlaw.com
4  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, Suite 2800
5  San Francisco, CA 94111
   Tel.: +1 415 733 6000
6  Fax: +1 415 677 9041

7  MATTHEW P. KANNY (SBN 167118)
   MKanny@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
9  Santa Monica, CA 90401-2449
   Tel.: +1 424 436 3001
10 Fax: +1 424 316 3280

11 AMANDA H. RUSSO (SBN 319617)
   ARusso@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41ST Floor
13 Los Angeles, CA 90017
   Tel: +1 213 426 2500
14 Fax: +1 213 623 1673

15 Attorneys for Defendant:
   BOTANIC TONICS, LLC

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20 ROMULO TORRES, individually and On Behalf of All Others Similarly Situated,<br><br>21<br><br>22                  Plaintiff,<br><br>23         v.<br><br>24 BOTANIC TONICS, LLC; 7-ELEVEN, INC.; and DOES 1 to 10, inclusive,<br><br>25                  Defendants. | Case No. 3:23-cv-01460-TSH<br><br>**DEFENDANT BOTANIC TONICS, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Magistrate:   Hon. Thomas S. Hixson<br>Complaint filed:   March 28, 2023<br>FAC filed:   May 2, 2023 |

26

27

28

Defendant Botanic Tonics, LLC, by and through its undersigned counsel, hereby makes the following disclosures:

Pursuant to Federal Rule of Civil Procedure 7.1, Botanic Tonics, LLC discloses that it has no parent company, and that no publicly held corporation owns more than 10% of Botanic Tonics, LLC's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities, other than the named parties in this action, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

JW Ross

Hydra623 Holdings, LLC

Anthos Capital V. L.P.

Respectfully submitted,

Dated: June 8, 2023

By: /s/ Brett M. Schuman
BRETT M. SCHUMAN (SBN 189247)
*BSchuman@goodwinlaw.com*
MATTHEW P. KANNY (SBN 167118)
*MKanny@goodwinlaw.com*
AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
JESSICA H. HUANG (SBN 315208)
*JHuang@goodwinlaw.com*
ALLYSON M. McCAIN (SBN 339067)
*AMcCain@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
BOTANIC TONICS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **June 8, 2023**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 8, 2023**.

/s/ Brett M. Schuman
BRETT M. SCHUMAN