1  BRETT M. SCHUMAN (SBN 189247)
   BSchuman@goodwinlaw.com
2  JESSICA H. HUANG (SBN 315208)
   JHuang@goodwinlaw.com
3  ALLYSON M. McCAIN (SBN 339067)
   AMcCain@goodwinlaw.com
4  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, Suite 2800
5  San Francisco, CA  94111
   Tel.: +1 415 733 6000
6  Fax: +1 415 677 9041

7  MATTHEW P. KANNY (SBN 167118)
   MKanny@goodwinlaw.com
8  **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
9  Santa Monica, CA  90401-2449
   Tel.: +1 424 436 3001
10 Fax: +1 424 316 3280

11 AMANDA H. RUSSO (SBN 319617)
   ARusso@goodwinlaw.com
12 **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41ST Floor
13 Los Angeles, CA 90017
   Tel: +1 213 426 2500
14 Fax: +1 213 623 1673

15 Attorneys for Defendant:
   BOTANIC TONICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMULO TORRES, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOTANIC TONICS, LLC; 7-ELEVEN, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01460-TSH<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint filed:   March 28, 2023<br>FAC filed:           May 2, 2023 |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Romulo Torres and Defendant Botanic Tonics,
2  LLC, by and through their undersigned counsel, hereby stipulate and agree that the time for
3  Defendant to answer or otherwise respond to the First Amended Complaint (ECF No. 11) is extended
4  through and including July 17, 2023

Respectfully submitted,

Dated: June 15, 2023           By: /s/ Brett M. Schuman
                                   BRETT M. SCHUMAN (SBN 189247)
                                   BSchuman@goodwinlaw.com
                                   MATTHEW P. KANNY (SBN 167118)
                                   MKanny@goodwinlaw.com
                                   AMANDA H. RUSSO (SBN 319617)
                                   ARusso@goodwinlaw.com
                                   JESSICA H. HUANG (SBN 315208)
                                   JHuang@goodwinlaw.com
                                   ALLYSON M. McCAIN (SBN 339067)
                                   AMcCain@goodwinlaw.com
                                   **GOODWIN PROCTER LLP**

                                   Attorneys for Defendant:
                                   BOTANIC TONICS, LLC

Dated: June 15, 2023           By: /s/ Shounak S. Dharap
                                   ROBERT S. ARNS (SBN 65071)
                                   rsa@arnslaw.com
                                   JONATHAN E. DAVIS (SBN 19346)
                                   jed@arnslaw.com
                                   SHOUNAK S. DHARAP (SBN 311557)
                                   ssd@arnslaw.com
                                   KATHERINE A. RABAGO (SBN 333374)
                                   kar@arnslaw.com
                                   **ARNS DAVIS LAW**

                                   ANTHONY L. LABEL (SBN 205920)
                                   al.team@veenfirm.com
                                   THEO EMISON (SBN 209183)
                                   t.emison@veenfirm.com
                                   STEVEN A. KRONENBERG (SBN 215541)
                                   s.kronenberg@veenfirm.com
                                   JACQUELINE K. OH (SBN 286089)
                                   j.oh@veenfirm.com
                                   **THE VEEN FIRM, P.C.**

                                   Attorneys for Defendant:
                                   BOTANIC TONICS, LLC

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/) of Shounak Dharap.

    /s/ Brett M. Schuman
    BRETT M. SCHUMAN

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **June 15, 2023**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 15, 2023**.

*/s/ Brett M. Schuman*
BRETT M. SCHUMAN