UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>BOTANIC TONICS, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-01460-TSH<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Plaintiff Romulo Torres brings this false advertisement action individually and on behalf of two proposed classes against Defendants Botanic Tonics, LLC and 7-Eleven, Inc. In advance of the scheduled June 29 case management conference, Torres and Botanic Tonics filed a joint case management statement (ECF No. 18) but, as 7-Eleven had yet to make an appearance, the Court vacated the conference and directed Torres to file a status report. ECF No. 19. In response, Plaintiff states 7-Eleven has been served with the operative complaint and Plaintiff's counsel has communicated with 7-Eleven's counsel, but Plaintiff's counsel is working with Botanic Tonics to reach a stipulation to file a Second Amended Complaint, which if reached, will be served on 7-Eleven. ECF No. 20. Accordingly, the Court **CONTINUES** the case management conference to August 31, 2023 at 10:00 a.m. All related deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: June 29, 2023

THOMAS S. HIXSON
United States Magistrate Judge