ARNOLD & PORTER KAYE SCHOLER LLP
James F. Speyer (Bar No. 133114)
James.Speyer@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel:   213.243.4000
Fax:   213.243.4199

Attorneys for Defendant
7-ELEVEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO TORRES and SAM ROSENFIELD, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOTANIC TONICS, LLC; 7-ELEVEN, INC.; NOWHERE PARTNERS, LLC dba EREWHON; HYDRA623 HOLDINGS, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01460-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF MOTION TO DISMISS HEARING**<br><br>Judge:         Hon. Vince Chhabria<br>Location:     Courtroom 4, 17th Flr.<br>Current Hearing Date: October 5, 2023<br>New Hearing Date: October 19, 2023 |

**STIPULATION**

WHEREAS, 7-Eleven filed a motion to dismiss the second amended complaint on August 11, 2023 (Dkt 31); and

WHEREAS, the hearing on 7-Eleven's motion to dismiss was originally set for 10:00 AM on September 21, 2023; and

WHEREAS, on September 18, 2023, the Court continued the hearing to October 5, 2023 (Dkt 45); and

WHEREAS, 7-Eleven sought plaintiffs' consent to continue the hearing because 7-Eleven's counsel, James F. Speyer, will be out of the country on a long-planned and paid-for vacation on October 5, 2023; and

WHEREAS, plaintiffs' counsel is agreeable to a continuance to October 19, 2023;

NOW, THEREFORE, in view of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and among the parties that, subject to Court approval, the Motion to Dismiss Hearing currently scheduled for October 5, 2023 at 10:00 AM shall be continued to October 19, 2023 at 10:00 AM.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

Dated: September 22, 2023          ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ James F. Speyer
 James F. Speyer
 Attorneys for Defendant
 7-ELEVEN, INC.

Dated: September 22, 2023          ARNS DAVIS LAW
 Robert S. Arns
 Jonathan E. Davis
 Shounak S. Dharap
 Katherine A. Rabago

 THE VEEN FIRM, P.C.
 Anthony L. Label
 Theo J. Emison III
 Steven A. Kronenberg
 Jacqueline K. Oh

By: /s/ Shounak S. Dharap
 Shounak S. Dharap
 Attorneys for Plaintiffs ROMULO TORRES and SAM ROSENFIELD

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 22, 2023          ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ James F. Speyer
 James F. Speyer
 Attorneys for Defendant
 7-ELEVEN, INC.

**[~~PROPOSED~~] ORDER**

The parties seek to continue the Motion to Dismiss Hearing from October 5, 2023 until October 19, 2023 at 10:00 AM. The only other future deadline is for the initial case management conference. The parties previously requested an extension of this deadline when the case was before Judge Hixson, but Judge Hixson never ruled on the request. That request is the only other extension request made by the parties. The Court has not stated that no further extensions will be granted.

Based on the stipulation of the parties and for good cause, the Motion to Dismiss Hearing is continued from October 5, 2023 to October 19, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  September 26, 2023

_____
Hon. Vince Chhabria
United States District Judge