**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jsmith@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiff C.C.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO TORRES and SAM ROSENFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>BOTANIC TONICS, LLC. et al.,<br>Defendant. | Case No. 3:23-cv-01460-VC<br><br>[PROPOSED] ORDER AS MODIFIED GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE CONSOLIDATED |

1    The Plaintiffs in *Torres et al. v. Botanic Tonics, LLC*, N.D. Cal. Case No. 3:23-cv-01460-VC and in *C.C. v. Botanic Tonics*, N.D. Cal. Case No. 3:23-cv-04136-TSH (the "C.C. matter") jointly moved the Court to consider wither the two matters should be consolidated under Fed. R. Civ. P. 42(a).  Having considered the papers and pleadings on file, the Court hereby GRANTS the motion.

It is FURTHER ORDERED that:

1. The case file for the Consolidated Action will be maintained under Master File No. 3:23-cv-01460-VC.  When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption.  When a pleading is not intended to apply to all actions, the document umber for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption.

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:23-cv-01460-VC and shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE BOTANIC TONICS LITIGATION<br><br>This Document Relates to: | Master File No. 3:23-cv-01460-VC |
|---|---|

3. Any class action subsequently filed, transferred, or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for all purposes. Any party may file a Notice of Related Action pursuant to Civil Local Rule 3-12 whenever a party believes a case that should be consolidated into the Consolidated Action is filed in, or transferred

to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

    a. place a copy of this Order in the separate file for such action;

    b. serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. direct that this Order be served upon defendants in the new case; and

    d. make the appropriate entry in the Master Docket.

4. A Consolidated Complaint shall be filed within 14 days after entry of this Order. Responses due 14 days after.

Dated: January 30, 2024



Hon. Vince Chhabria
United States District Judge