Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
**THE VEEN FIRM, P.C.**
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOTANIC TONICS LITIGATION<br><br>This Document Relates to: All Actions | Case No. 3:23-cv-01460-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR CLASS CERTIFICATION** |

Plaintiffs and Defendants Botanic Tonics, LLC; 7-Eleven, Inc.; Nowhere Partners, LLC; and Hydra623 Holdings, LLC (collectively, "the Parties") jointly stipulates as follows:

1. WHEREAS, the deadline for the Motion for Class Certification in this matter is currently June 3, 2024, the deadline for Responses is currently July 16, 2024, and the deadline for Replies is currently August 15, 2024 (Dkt. 72);

2. WHEREAS, the hearing for class certification is currently September 12, 2024 (Dkt. 72);

3. WHEREAS, on April 4, 2024, the *Torres* and *C.C.* Plaintiffs and Defendants Botanic Tonics, Inc. and Nowhere Partners, Inc., participated in a private mediation before Hon. Patrick J. Walsh (Ret.) at Signature Resolution;

4. WHEREAS, the Parties did not reach a settlement but made strides in discussing a path towards a resolution of the instant class actions and related personal injury cases currently in a Judicial Council Coordinated Proceeding (JCCP) in California Superior Court;

5. WHEREAS, the Parties desire to spend the next two to three months working towards a global resolution of all cases;

6. WHEREAS, the Parties believe that the ability of Defendants to satisfy a judgment in this case is a significant factor in prioritizing settlement discussions over the next few months;

7. WHEREAS, Plaintiffs believe that focusing the Parties' resources on developing a settlement framework over the next few months can most effectively accomplish a global resolution that is fair and just for the putative Class;

8. THEREFORE, the Parties, by and through their counsel of record, stipulate and request the following continuance and propose new dates as follows:

   a) That the deadline for Plaintiffs' Motion for Class Certification be continued to September 3, 2024 or a date soon thereafter subject to the Court's calendar;

   b) That the deadline for Defendants' Response be continued to October 16, 2024 or a date soon thereafter subject to the Court's calendar;

   c) That the deadline for Plaintiffs' Reply be continued to November 15, 2024 or a date soon thereafter subject to the Court's calendar;

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR CLASS CERTIFICATION

1

d) That the hearing date for Plaintiffs' Motion for Class Certification be continued to December 12, 2024 or a date soon thereafter subject to the Court's calendar.

Dated: April 10, 2024

Shounak S. Dharap
**ARNS DAVIS LAW**

Dated: April 10, 2024                /s/ John S. Purcell
John S. Purcell
**ARENTFOX SCHIFF LLP**

Dated: April 12, 2024                /s/ James F. Speyer
James F. Speyer
**ARNOLD & PORTER**

Dated: April 10, 2024                /s/ Ruth Segal
Ruth Segal
**LYNBERG & WATKINS**

**[PROPOSED] ORDER**

The Parties hereto having so stipulated and good cause appearing, therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion for Class Certification shall be filed no later than _____;

2. Defendants' Response shall be filed no later than _____;

3. Plaintiffs' Reply shall be filed no later than _____;

4. The hearing on Plaintiffs' Motion for Class Certification is re-scheduled for _____.

IT IS SO ORDERED

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge