Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
Cyrus A. Nazarian, State Bar No. 323748 (c.nazarian@veenfirm.com)
**THE VEEN FIRM, P.C.**
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOTANIC TONICS LITIGATION | Master File No. 3:23-cv-01460-VC |
| This Document Relates to All Actions | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT
Case No. 3:23-cv-01460-VC

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs and Defendants ("the Parties") jointly stipulate and request relief from the deadline to file Plaintiff's Motion for Preliminary Approval of Settlement, as further set forth below.

WHEREAS, the parties fully executed a Settlement Agreement to resolve the entire action on September 9, 2024;

WHEREAS, the parties intend to propose a notice program that effectuates the best notice practicable under the circumstances by disseminating notice to the Class by email, first-class mail, and notice by publication posted to a Settlement Website, through Google Adwords, on Reddit.com, and in top-selling retail stores;

WHEREAS, Defendants have been diligent in collecting the Class Data required to effectuate notice to the class, but have not been able to collect and gather this data completely;

WHEREAS, the Class Data is necessary to obtain quotes from Settlement Administrators, to draft notices, and therefore, to prepare the motion for preliminary approval;

WHEREAS, Mr. Hewlett, counsel to Defendants and the primary point of contact between Defendants' and Plaintiffs' counsel, has just begun an anticipated one-month medical leave to undergo emergency treatment for a condition affecting his eye, which leave is expected to significantly delay communications and the exchange of necessary information between Defendants and Plaintiffs;

WHEREAS, on October 25, 2024, the Court ordered Plaintiffs to file their unopposed motion for preliminary approval of the Class Settlement in the above-captioned case no later than November 22, 2024 (Dkt. 115); and

WHEREAS, the Parties desire relief from the current deadline to file the Motion for Preliminary Approval to allow Defendants more time to collect and organize class data.

THEREFORE, the Parties respectfully request this Court extend the deadline for Plaintiffs to file their motion for preliminary approval by 60 days, or at the Court's next available date thereafter.

| | | |
|---|---|---|
| 1 | Dated: November 19, 2024 | **ARNS DAVIS LAW** |
| 2 | | |
| 3 | | Shounak S. Dharap |
| | | ssd@arnslaw.com |
| 4 | | Katherine A. Rabago |
| 5 | | kar@arnslaw.com |
| | | 515 Folsom St., 3rd Floor |
| 6 | | San Francisco, CA 94109 |
| 7 | | Tel: (415) 495-7800 |
| | | Fax: (415) 495-7888 |
| 8 | | *Counsel for Plaintiffs* |
| 9 | | |
| 10 | Dated: November 19, 2024 | **ARENTFOX SCHIFF LLP** |
| 11 | | |
| 12 | | /s/ Douglas E. Hewlett, Jr. |
| | | John S. Purcell |
| 13 | | Douglas E. Hewlett |
| 14 | | *Counsel for Defendants Botanic Tonics, LLC and Hydra625 Holdings, LLC.* |

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Case No. 3:23-cv-01460-VC
2

# ORDER

Plaintiffs shall submit to the Court for its approval their unopposed motion for preliminary approval of class settlement no later than 60 days of the date of this order, or by  1/21/2025  ,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court does not anticipate granting any further extensions.

DATED:  November 20, 2024

Hon. Vince Chhabria
United States District Judge