UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO TORRES, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>BOTANIC TONICS, LLC, et al.,<br><br>             Defendants. | Case No.  23-cv-01460-VC<br><br>**ORDER RE PRELIMINARY APPROVAL HEARING**<br><br>Re: Dkt. No. 120 |

The Court has identified a few minor issues with and questions about the proposed settlement agreement. The parties should be prepared to discuss these issues at Thursday's hearing.

- Settlement Agreement, Sections 1.25 and 5.4: The released claims should be limited to claims with the "identical factual predicate," not a "substantially similar factual predicate." *See Hesse v. Sprint Corp.*, 598 F.3d 581, 590 (9th Cir. 2010). Each proposed notice should make this clear as well.

- Is the 5-bottle limit for submitting a claim without proof of purchase reasonable?

- Is there an upper limit on how much each class member can receive on the first distribution?

- The notice program currently includes email, online publication, and posting on Reddit. Should notice also be directed to colleges that partnered with Botanic Tonics, and if so, should that notice include direct communication with the colleges and/or social media posts directed toward those college populations?

**IT IS SO ORDERED.**

Dated: 2/25/25

VINCE CHHABRIA
United States District Judge