Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
Cyrus A. Nazarian, State Bar No. 323748 (c.nazarian@veenfirm.com)
**THE VEEN FIRM, P.C.**
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE BOTANIC TONICS LITIGATION | Master File No. 3:23-cv-01460-VC |
|---|---|
| This Document Relates to All Actions | **JOINT STATUS REPORT REGARDING AMENDED SETTLEMENT AGREEMENT** |

The Parties submit this joint status report to update the Court on the amended Settlement Agreement.

WHEREAS, the parties fully executed a Settlement Agreement to resolve the entire action on September 9, 2024;

WHEREAS, Plaintiffs' motion for preliminary approval came on hearing on February 27, 2025;

WHEREAS, this Court raised some issues with the Settlement Agreement and ordered the parties to meet and confer to discuss amending the Settlement Agreement;

WHEREAS, the parties met and conferred and amended the Settlement Agreement to address the Court's concerns;

WHEREAS, Plaintiffs and their counsel have fully executed the Amended Settlement Agreement as of February 28, 2025;

WHEREAS, on March 3, 2025, counsel for Defendants obtained a signature on behalf of Defendant Hydra623 Holdings, LLC;

WHEREAS, on March 3, 2025, counsel for Defendants notified Plaintiffs' counsel that they have not been able to reach Defendant to obtain signature for Defendant Botanic Tonics, LLC;

WHERAS, Plaintiffs' counsel anticipated filing a fully executed no later than March 4, 2025, but were informed by counsel for Defendants this was not possible;

THEREFORE, counsel for Defendants anticipate filing a fully executed Amended Settlement by Friday, March 7, 2025.

Dated: March 4, 2025        **ARNS DAVIS LAW**

_____
Shounak S. Dharap
ssd@arnslaw.com
Katherine A. Rabago
kar@arnslaw.com
515 Folsom St., 3rd Floor
San Francisco, CA 94109

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT
Case No. 3:23-cv-01460-VC
1

Tel: (415) 495-7800
Fax: (415) 495-7888

*Counsel for Plaintiffs*

Dated: March 4, 2025          **ARENTFOX SCHIFF LLP**

                                                           /s/ John S. Purcell
John S. Purcell
Douglas E. Hewlett

*Counsel for Defendants Botanic Tonics, LLC and Hydra623 Holdings, LLC.*