Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
**THE VEEN FIRM, P.C.**
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOTANIC TONICS LITIGATION | Master File No. 3:23-cv-01460-VC |
| This Document Relates to All Actions | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FEE MOTION** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs and Defendants ("the Parties") jointly stipulate and request relief from the deadline to file Plaintiffs' Motion for Final Approval of Settlement and Motion for Attorney's Fees and Costs, as further set forth below.

WHEREAS, the parties fully executed a Settlement Agreement to resolve the entire action on September 9, 2024;

WHEREAS, on March 5, 2025, this Court granted Plaintiffs' Motion for Preliminary Approval of Class Settlement;

WHEREAS, Plaintiffs' Motion for Final Approval of Settlement is currently set to be heard on July 10, 2025 and the deadline for Plaintiffs to file their Motion for Final Approval of Settlement is no later than June 26, 2025;

WHEREAS, the Settlement Administrator, RG2, has represented to Counsel for the Parties that they have received to date 607,735 claims which far exceeds the anticipated amount of claims predicted by Counsel for Defendants;

WHEREAS, the Settlement Administrator requires additional time to review the 607,735 submitted claims and corresponding proofs of purchase as approximately 89% of claims have been flagged for potential fraud or require further examination for deficiencies, which may entail further communication with claimants to cure noted deficiencies (see Declaration of Jessie Montague ¶¶ 3-5);

WHEREAS, the Parties desire relief from the current deadline to file the Motion for Final Approval to allow Settlement Administrator more time to review and organize the voluminous claims made in the class settlement.

THEREFORE, the Parties respectfully request this Court extend the deadline for Plaintiffs to file their Motion for Final Approval of Settlement and Motion for Attorney's Fees and Costs by 45 days, or at the Court's next available date thereafter.

| | | |
|---|---|---|
| 1 | Dated: June 13, 2025 | **ARNS DAVIS LAW** |
| 2 | | *[signature]* |
| 3 | | Shounak S. Dharap |
| 4 | | Katherine A. Rabago |
| | | 515 Folsom St., 3rd Floor |
| 5 | | San Francisco, CA 94109 |
| | | Tel: (415) 495-7800 |
| 6 | | Fax: (415) 495-7888 |
| 7 | | *Counsel for Plaintiffs* |
| 8 | | |
| 9 | Dated: June 13, 2025 | **ARENTFOX SCHIFF LLP** |
| 10 | | |
| 11 | | /s/ John Purcell |
| | | John S. Purcell |
| 12 | | Douglas E. Hewlett |
| 13 | | *Counsel for Defendants Botanic Tonics, LLC and Hydra625 Holdings, LLC.* |

STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. 3:23-cv-01460-VC
2

## **ORDER**

Plaintiffs shall submit to the Court for its approval their unopposed Motion for Final Approval of Class Settlement and Motion for Attorney's Fees and Costs no later than 45 days of the date of this order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 20, 2025

_____
Hon. Vince Chhabria
United States District Judge