Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Robert C. Foss State Bar No. 75489 (rcf@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St, 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Neal J. Deckant
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

*Attorneys for Plaintiffs*
*Additional Attorneys on Following Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOTANIC TONICS LITIGATION | Master File No. 3:23-cv-01460-VC |
| This Document Relates to All Actions | **[PROPOSED] FINAL JUDGMENT AND DISMISSAL**<br><br>Judge: Hon. Vince Chhabria<br>Dept: Courtroom 4, 17th Flr.<br>Hearing Date: August 28, 2025<br>Hearing Time: 2:00 p.m. |

1  Joel D. Smith (State Bar No. 244902)
   Yeremey Krivoshey (State Bar No. 295032)
2  **SMITH KRIVOSHEY**
   166 Geary St
3  San Francisco CA 94108
   Tel: (415) 839-7000
4

5  Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
   Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
6  Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
   **THE VEEN FIRM, P.C.**
7  20 Haight Street
   San Francisco, CA 94102
8  Tel: (415) 673-4800
   Fax: (415) 771-5845
9

10 Matthew R. Mendelsohn
   103 Eisenhower Parkway
11 **MAZIE SLATER KATZ & FREEMAN, LLC**
   Roseland, New Jersey 07068
12 Tel:  (973) 228-0391
   Fax: (973) 228-0303
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Vince Chhabria, United States District Judge:

The Court hereby enters final judgment in this action as between Plaintiffs and the Class and Defendants Botanic Tonics, LLC and Hydra623 Holdings, LLC ("Defendants"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Plaintiffs and the Class are hereby released as against Defendants and all other Released Parties as defined in the Settlement.

2. The Court finds that the Class Members who have exercised their right to exclude themselves from this Action, by submitting timely requests for exclusion pursuant to the notice provided to the Class, are not included in or bound by this order and final judgment. The excluded Class Members are listed in the final Opt-Out List approved by the Court.

3. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

4. The parties and the Settlement Administrator are hereby ordered to comply with the terms of the Settlement.

5. This action is dismissed with prejudice as against the Defendants, each side to bear its own costs and attorneys' fees except as provided by the Settlement and the Court's orders.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7. The Court find that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

IT IS SO ORDERED.

DATED: _____      _____
                                           Hon. Vince Chhabria
                                           United States District Judge