UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO TORRES, et al., <br><br> Plaintiff, <br><br> v. <br><br> BOTANIC TONICS, LLC, et al., <br><br> Defendant. | 23-cv-01460-VC <br><br> **JUDGMENT** |

The Court now enters judgment in accordance with its previous order granting Final Approval of the Class Action Settlement and the Motion for Attorneys' Fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 20, 2025

_____
VINCE CHHABRIA
United States District Judge