Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Robert S. Foss, State Bar No. 275489 (rcf@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
515 Folsom St, 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Neal J. Deckant
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: 925-300-4455
Fax: 925-407-2700

*Attorneys for Plaintiffs*
*Additional Attorneys on Following Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE BOTANIC TONICS LITIGATION<br><br>This Document Relates to All Actions | Master File No. 3:23-cv-01460-VC<br><br>**CLASS COUNSEL'S RESPONSE TO OBJECTION**<br><br>Judge: Hon. Vince Chhabria<br>Dept: Courtroom 4, 17th Flr.<br>Hearing Date: October 9, 2025<br>Hearing Time: 2:00 p.m. |
|---|---|

Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
**SMITH KRIVOSHEY**
166 Geary St
San Francisco CA 94108
Tel: (415) 839-7000

Anthony L. Label, State Bar No. 205920 (al.team@veenfirm.com)
Theo Emison, State Bar No. 209183 (t.emison@veenfirm.com)
Steven A. Kronenberg, State Bar No. 215541 (al.team@veenfirm.com)
**THE VEEN FIRM, P.C.**
20 Haight Street
San Francisco, CA 94102
Tel: (415) 673-4800
Fax: (415) 771-5845

Matthew R. Mendelsohn
103 Eisenhower Parkway
**MAZIE SLATER KATZ & FREEMAN, LLC**
Roseland, New Jersey 07068
Tel:  (973) 228-0391
Fax: (973) 228-0303

The Court previously approved a Deficiency Notice Plan to address claims flagged by the Settlement Administrator, RG/2, as potentially fraudulent or invalid. Dkt. 158, Order Granting Final Approval, ¶¶ 10-12. Class Counsel, in conjunction with the Settlement Administrator, devised this plan to reach the most viable claimants possible while flagging the most invalid claims, thus limiting potential false flags. *See* Dkt. 155 at 5.

It appears that Mr. Dodaj's claim was one of these erroneous flags. RG/2 initially identified the claim as being sent from a suspicious email address or email domain. *See* Ex. 1, Montague Decl. at ¶ 4. Upon reviewing the filed Objection, RG/2 contacted Mr. Dodaj and notified him that his claim would be accepted as submitted. Ex. 1, Montague Decl. at ¶ 5.

Mr. Dodaj raises a concern about the process for contacting RG/2 to appeal or seek review of a rejection. RG/2 has been actively responding to claimants who contact RG/2 with inquiries. Ex. 1, Montague Decl. at ¶ 6. To date, RG/2 has received and addressed approximately 327 inquiries concerning Rejection or Deficiency Notices. Ex. 1, Montague Decl. at ¶ 6. The contact information for RG/2 is in the Notice that Mr. Dodaj received, which stated that his claim was rejected for one of three reasons and advised Mr. Dodaj to contact RG/2 at the provided email address if he had questions regarding the Notice. Dkt. 160 at 3. RG/2 did not receive any calls or emails from Mr. Dodaj seeking review of his claim. Ex. 1, Montague Decl. at ¶ 6.

Mr. Dodaj also seeks information regarding the methods RG/2 used to make its determinations. This information has been briefed and is detailed in the Supplemental Briefing in support of final approval. *See* Dkt. 155. Additional information about the final distribution will also be a submitted to the Court in the Post-Distribution Accounting. *See* Dkt. 159 at ¶ 23.

Because Mr. Dodaj's concerns about the settlement have been addressed, and because his claim has been accepted, Class Counsel respectfully requests that the Court overrule the objection.

Dated: December 12, 2025                                        ARNS DAVIS LAW

By: _____
SHOUNAK S. DHARAP
Attorneys for Plaintiffs