UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOTANIC TONICS LITIGATION | Master File No. 3:23-cv-01460-VC <br><br> **DECLARATION OF JESSIE T. MONTAGUE REGARDING OBJECTION RESPONSE** <br><br> Judge: Hon. Vince Chhabria <br> Dept: Courtroom 4, 17th Flr. |

I, JESSIE T. MONTAGUE, declare as follows:

I am over the age of 18 years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

1. I am a Senior Project Manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. RG/2 Claims is the independent third-party Settlement Administrator[1] appointed by the Court to handle the settlement administration activities in the above-referenced matter, including, but not limited to, assisting and in the development and administration of the Notice Plan and administering the claims process set

---

[1] All capitalized terms herein have the same meaning as the terms defined in the Class Action Settlement Agreement and Release ("Settlement Agreement").

1

forth in detail in the Settlement Agreement. This Declaration is based upon my personal knowledge and upon information provided to me by Class Counsel or Botanic Tonics or Botanic Tonics' Counsel, my associates, and RG/2 Claims staff members.

2. I have been actively involved and responsible for handling the administration of the settlement of the above-referenced matter.

3. On December 1, 2025, RG/2 Claims received notification that an Objection or Petition was entered related to the claim for George Dodaj.

4. The claim submission was originally identified as submitted using a suspicious email address or suspicious email domain. RG/2 Claims issued a Rejection Notice via email to the email address on November 19, 2025.

5. On December 9, 2025, in response to the Objection or Petition, RG/2 Claims contacted the Class Member to notify him the claim would be accepted as payable as submitted with a pro-rata payment for 10 bottles purchased. RG/2 Claims also let the Class Member know they could, if they chose to do so, withdraw the Objection or Petition that was filed with the Court.

6. RG/2 Claims addresses Class Member inquiries and responses to the Rejection Notice via email and through the toll-free phone number. To date RG/2 Claims has received and addressed approximately 327 emails and or calls concerning the Rejection and Deficiency Notices. RG/2 Claims continues to review all responses from claimants who have received Rejection Notification and will carefully consider all such responses prior to reversing or maintaining the rejection. Prior to the filing of Dodaj' s Objection or Petition, RG/2 Claims had not received a call or email concerning his claims from him. RG/2 searched the email inbox noted in the Rejection Notice (FeelFreeClassAction@rg2claims.com) for George Dodaj's email address and "Dodaj" and found no results.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on, December 11, 2025, at Philadelphia, PA.

*Jessie Montague*
Jessie T. Montague, Declarant